JOHN R. IRVINE, Appellant, vs. MARSHALL & BARTON, Respondents.

This was an appeal from a judgment of the District Court of Ramsey County.

[There are no papers on file from which a report of the case can be prepared. The minutes of the Court show that the judgment of the District Court was affirmed.]